**Dismiss and Opinion Filed September 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00422-CV**

**PACIFIC STANDARD HOLDINGS, CARTER LAND TRUST, ROBERT PERRY, II, AND MARY JILL BAKER, Appellants**
**V.**
**CITIMORTGAGE, INC., Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14324**

## MEMORANDUM OPINION

Before Justices Molberg, Carlyle, and Browning
Opinion by Justice Molberg

The filing fee, docketing statement, and appellants' brief in this case are past due. By postcard dated April 1, 2020, we notified appellants the $205 filing fee was due. We directed appellants to remit the filing fee within ten days and expressly cautioned appellants that failure to do so would result in dismissal of the appeal. Also by postcard dated April 1, 2020, we informed appellants the docketing statement in this case was due. We cautioned appellants that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice.

After appellants failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and appellants' brief to be filed by July 16, 2020. By postcard dated July 20, 2020, we notified appellants the time for filing their brief had expired. We directed appellants to file a brief and an extension motion within ten days. We cautioned appellants that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice.

To date, appellants have not paid the filing fee, filed a docketing statement or brief, or otherwise corresponded with the Court regarding the status of this appeal. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

200422f.p05

/Ken Molberg/
KEN MOLBERG
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PACIFIC STANDARD HOLDINGS, CARTER LAND TRUST, ROBERT PERRY, II, AND MARY JILL BAKER, Appellants

No. 05-20-00422-CV      V.

CITIMORTGAGE, INC., Appellee

On Appeal from the 44th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-17-14324. Opinion delivered by Justice Molberg. Justices Carlyle and Browning participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee CITIMORTGAGE, INC. recover its costs of this appeal from appellants PACIFIC STANDARD HOLDINGS, CARTER LAND TRUST, ROBERT PERRY, II, AND MARY JILL BAKER.

Judgment entered this 3rd day of September, 2020.